IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


NADIA FRANCOIS,

      Petitioner,

v.                                       CASE NO. 1:05-cv-00026-MP-AK

M RIVERA,

      Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, REPORT AND RECOMMENDATIONS of

the Magistrate Judge, recommending that Petitioner's § 2241 petition be denied because it does

not fall within the savings clause of § 2255. In defendant's amended objections, the defendant

relies upon  Dodd v. U.S., 125 S.Ct. 2478 (2005). Dodd held that the one-year limitation period

for filing a motion to vacate based on right that was newly recognized by the Supreme Court ran

from the date on which the Supreme Court initially recognized the right asserted, not from the

date on which the right asserted was made retroactively applicable. Unfortunately for petitioner

in the instant case, however, Dodd involved a decision that the Supreme Court expressly made

retroactively applicable, while the cases relied upon by the defendant in the instant case have not

been expressly made retroactively applicable.  Accordingly, <u>Dodd</u> does not apply to this case,

and it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and
       incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _4th_ day of October, 2005


                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge